# Court of Appeals, State of Michigan

## ORDER

Edward Scott Kondrat v Arnold Servitto

Docket No. 341990

LC No. 2016-003486-ND

Colleen A. O'Brien
Presiding Judge

Kathleen Jansen

Amy Ronayne Krause
Judges

The Court orders that the March 26, 2019 opinion is hereby AMENDED to correct a clerical error. On page three of the opinion, the last sentence of the first paragraph currently reads: "We disagree with plaintiff that the trial court erred in dismissing plaintiff's silent fraud claim, but we agree that the trial court erred in granting defendants summary disposition regarding plaintiff's claims of fraudulent misrepresentation and negligent misrepresentation." That sentence is corrected to read:"We agree."

In all other respects, the March 26, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 2 8 2019
Date

Chief Clerk